374 A.2d 719

H. J. Heinz Company v. John F. Walter, Inc., Appellant.

Argued March 22, 1977. F. Lee Shipman, with him Craig A. Stone, for appellant; William F. Martson, with him J. Wesley Oler, Jr., for appellee.

Order and judgment affirmed.